```
 1  Bradley T. Austin, Esq.
    Nevada Bar No. 13064
 2  SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway, Suite 1100
 3  Las Vegas, Nevada 89169
    Telephone: (702) 784-5200
 4  Facsimile: (702) 784-5252
 5  baustin@swlaw.com

 6  *Attorneys for Defendant*
    *Equifax Information Services LLC*
 7
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN L. SMITH, | **Case No. 2:17-cv-02993-GMN-NJK** |
| Plaintiff, | **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| vs. | |
| CITIBANK, N.A. D/B/A SHELL/CBNA; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC, | **(FIRST REQUEST)** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from December 27, 2017 through and including **January 10, 2018**. The request was made by Equifax, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

///

///

///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Respectfully submitted, this 27th day of December, 2017

                SNELL & WILMER LLP

            By: /s/ *Bradley Austin*
              Bradley T. Austin
              Nevada Bar No. 13064
              3883 Howard Hughes Pkwy
              Suite 1100
              Las Vegas, NV 89169
              Tel: 702-784-5200
              Fax: 702-784-5252
              Email: baustin@swlaw.com

              *Attorneys for Defendant Equifax Information Services, LLC*

              **___No opposition___**

             /s/ *David H. Krieger*
              David H. Krieger, Esq.
              Nevada Bar No. 9086
              HAINES & KRIEGER, LLC
              8985 S. Eastern Ave., Suite 350
              Henderson, NV 89123
              Phone: (702) 880-5554
              FAX: (702) 385-5518
              Email: dkrieger@hainesandkrieger.com

              *Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: January 4, 2018

4852-4301-5001

- 2 -