1
2
3
4
5
6
7                              **UNITED STATES DISTRICT COURT**

8                                  **DISTRICT OF NEVADA**

9

10   STEPHEN L. SMITH,                    )        Case No. 2:17-cv-02993-GMN-NJK
                                          )
11                    Plaintiff(s),       )        ORDER
                                          )
12   v.                                   )        (Docket No. 13)
                                          )
13   CITIBANK, N.A., et al.,              )
                                          )
14                                        )
                      Defendant(s).       )
15   _____)

16          Before the Court is a notice of settlement between Plaintiff and Defendant Citibank.  Docket

17   No. 13.  The Court **ORDERS** these parties to file a stipulation of dismissal no later than March 20,

18   2018.  The Court **VACATES** all other deadlines between these parties.

19          IT IS SO ORDERED.

20          DATED: January 22, 2018

21          _____
                                          _____
22          NANCY J. KOPPE
            United States Magistrate Judge

23

24

25

26

27

28