# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN L. SMITH, | Case No. 2:17-cv-02993-GMN-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 23) |
| CITIBANK, N.A., et al., | |
| Defendant(s). | |

Before the Court is a notice of settlement between Plaintiff and Defendant Equifax Information Services, LLC. Docket No. 23. The Court **ORDERS** these parties to file a stipulation of dismissal no later than April 23, 2018. The Court **VACATES** all other deadlines between these parties.

IT IS SO ORDERED.

DATED: March 14, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge