1

2

3

4

5

6

7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF NEVADA**

9

10   STEPHEN L. SMITH,                    )      Case No. 2:17-cv-02993-GMN-NJK
                                          )
11                  Plaintiff(s),         )      ORDER
                                          )
12   v.                                   )      (Docket No. 24)
                                          )
13   CITIBANK, N.A., et al.,              )
                                          )
14                                        )
                  Defendant(s).           )
15   _____ )

16        Before the Court is a notice of settlement between Plaintiff and Defendant Trans Union, LLC.

17   Docket No. 24. The Court **ORDERS** these parties to file a stipulation of dismissal no later than May

18   14, 2018. The Court **VACATES** all other deadlines between these parties.

19        IT IS SO ORDERED.

20        DATED: March 14, 2018

21        _____
          NANCY J. KOPPE
22        United States Magistrate Judge

23

24

25

26

27

28